**CLARK LAW OFFICES**
3700 N. 24th Street, Ste. 120
Phoenix, Arizona 85016
Telephone: 602.956.3328
Fax: 602.956.1167

Mari Jo Clark
State Bar #022842

Attorneys for Debtor

## IN THE UNITED STATE BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

Marcus and Mikel Bates,

Debtor (s)

Case No.: 4:09-bk-05669
In Proceedings under Chapter 13

**OBJECTION TO MOTION TO MODIFY AUTOMATIC STAY**

Marcus and Mikel Bates, by and through undersigned Counsel, hereby object to Movant's Motion for Relief from Automatic Stay based on the fact that the Debtors are in a conduit Plan and mortgage payments are to be made via the Chapter 13 Plan. Further, Debtors are current on their Plan payments.

Based on the foregoing, the Debtor(s) respectfully request(s) that the Movant's Motion for Relief from Automatic Stay be denied.

SIGNED this date: 16th day of November, 2009

/s/ MJC
Mari Jo Clark, Esq.

# CERTIFICATE OF MAILING

I, Yvonne Murillo, hereby certify that copies of this notice were mailed on this, 16th day of November, 2009 to all interested parties as set forth herein below.

SIGNED this date: 16th day of November, 2009

/s/ MJC
Mari Jo Clark, Esq.

**U.S. Trustee**
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, Arizona 85003

**Trustee**
**Notice delivered via email at:**
Dianne Kerns
mail@dcktrustee.com

**Debtor:**
Marcus and Mikel Bates
3560 S. Lead Flower Ave.
Tucson, AZ  85735